# MATTHEW J. KLUGER
### ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

April 11, 2021

By ECF
Hon. J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

         Re:    **United States v. Wakimi Joseph**
                **20 Cr. 418 (JPO)**

Dear Judge Oetken,

    A status conference in this matter is schedule for April 14, 2021 at 11:00 a.m. I write now to respectfully request that the matter be adjourned for 30-days because the parties are close to reaching a non-trial disposition in this matter.

    AUSA Christopher Clore consents to this request.

    Because the parties are engaged in plea discussions and in the interests of justice, the defense consents to the exclusion of time between April 14, 2021 and the anticipated adjourn date under the Speedy Trial Act.

    Thank you.

> Granted. The April 14, 2021 telephonic status conference is adjourned to May 20, 2021, at 11:00 a.m.
> The Court hereby excludes time through May 20, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered: 4/12/2021

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger
*Attorney for Wakimi Joseph*

_____
J. PAUL OETKEN
United States District Judge