# MATTHEW J. KLUGER
## ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

September 20, 2021

By ECF
Hon. J. Paul Oetken
U.S. District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **United States v. Wakimi Joseph**
                 **20 Cr. 418 (JPO)**

Dear Judge Oetken,

      Mr. Joseph pled guilty to being a felon in possession of a firearm (18 U.S.C. §922(g)(1)) on May 20, 2021. He is scheduled to be sentenced on September 29, at 10:30 a.m. The defense has retained the services of a mitigation specialist to address some of Mr. Joseph's issues related to early childhood trauma and assist in the preparation of the defense sentencing submission. Thus, the defense respectfully requests additional time to gather relevant information and adequately prepare for Mr. Joseph's sentence.

      Defense counsel is scheduled to commence trial in U.S. v. Omotayo, 19 Cr. 291 (LAP) on October 19, 2021 before the Honorable Loretta A. Preska. Accordingly, and with the consent of A.U.S.A. Christopher Clore, the defense respectfully requests that sentencing in this matter be adjourned to November 2021.

      Thank you.

> Granted.
> The sentencing hearing is hereby adjourned to November 10, 2021 at 2:30pm.
>   So ordered.
>    9/21/2021

Respectfully Submitted,

/s/ *Matthew J. Kluger*
Matthew J. Kluger
*Attorney for Wakimi Joseph*

_____
J. PAUL OETKEN
United States District Judge